UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
-------------------------------------------------------------- x
CLAYTON RILEY,                                                 :
                              Plaintiff,                       :
                                                               :     ORDER REGULATING
              -against-                                        :     PROCEEDINGS
                                                               :
CITY OF NEW YORK, et al.,                                      :     24 Civ. 4732 (AKH)
                                                               :
                              Defendants.                      :
-------------------------------------------------------------- x
```

ALVIN K. HELLERSTEIN, U.S.D.J.:

      The Court held a status conference in this case on February 14, 2025, and Defendants declared their intention to move for summary judgment. Accordingly, the Court set the following briefing schedule as to this motion: Defendants shall file their opening brief by March 14, 2025; Plaintiff shall file its opposition brief by April 4, 2025; and Defendants shall file their reply brief by April 11, 2025.

      SO ORDERED.

Dated:    February 14, 2025               _____/s/ Alvin K. Hellerstein_____
             New York, New York           ALVIN K. HELLERSTEIN
                                                 United States District Judge